IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAPCO ENERGY, INC., f/k/a | § | CASE NO. 08-32282 |
| AMCO PETROLEUM, INC. | § | |
| | § | |
| TAX ID. NO. 84-0846529 | § | |
| | § | |
| CAPCO ASSET MANAGEMENT, INC. | § | CASE NO. 08-32283 |
| | § | |
| TAX ID. NO. 33-0874100 | § | |
| | § | |
| CAPCO OPERATING CORPORATION | § | CASE NO. 08-32284 |
| | § | |
| TAX ID. NO. 20-0120017 | § | |
| | § | |
| AMCO ENERGY, INC., f/k/a | § | CASE NO. 08-32285 |
| CAPCO OFFSHORE, INC. | § | |
| | § | |
| TAX ID. NO. 43-1967164 | § | |
| | § | |
| CAPCO OFFSHORE OF TEXAS, INC. | § | CASE NO. 08-32286 |
| f/k/a AMCO OFFSHORE, INC. | § | |
| | § | |
| TAX ID. NO. 20-5376533 | § | |
| | § | |
| PACKARD GAS COMPANY f/k/a | § | CASE NO. 08-32288 |
| AMCO OIL COMPANY | § | |
| | § | |
| TAX ID. NO. 75-2436530 | § | |
| | § | |
| SOLANO WELL SERVICES, LLC | § | CASE NO. 08-32289 |
| | § | |
| TAX ID. NO. 06-1742286 | § | |
| | § | (JOINT ADMINISTRATION |
| Debtors | § | REQUESTED) |

### NOTICE OF DESIGNATION AS COMPLEX
### CHAPTER 11 BANKRUPTCY CASE

This bankruptcy case was filed on April 7 2008. The undersigned party in interest believes that this case qualifies, under General Order 2000-2, as a complex Chapter 11 case because:

   X   Debtor has total debt of more than $10 million and unsecured non-priority debt of more than $5 million;

   X   There are more than 50 parties in interest in this case;

_____ Claims against the Debtor are publicly traded;

   X   Other:  Parent Company Stock (Capco Energy, Inc.) is or has been publically traded on the pink sheets.

                        Respectfully submitted,

                        **CRAIG H. CAVALIER**
                        3355 West Alabama, Suite 1160
                        Houston, Texas  77098
                        (713) 621-4720 - Telephone
                        (713) 621-4779 – Telefax

                    By:    /s/ Craig H. Cavalier
                              Craig H. Cavalier
                              Federal I.D. No. 2958
                              State Bar No. 04022075
                              *Proposed Attorney for Debtors-In-Possession*