IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CAPCO ENERGY, INC., f/k/a AMCO PETROLEUM, INC. | § § § | CASE NO. 08-_____ |
| TAX ID. NO. 84-0846529 | § § | |
| CAPCO ASSET MANAGEMENT, INC. | § § | CASE NO. 08-_____ |
| TAX ID. NO. 33-0874100 | § § | |
| CAPCO OPERATING CORPORATION | § § | CASE NO. 08-_____ |
| TAX ID. NO. 20-0120017 | § § | |
| AMCO ENERGY, INC., f/k/a CAPCO OFFSHORE, INC. | § § § | CASE NO. 08-_____ |
| TAX ID. NO. 43-1967164 | § § | |
| CAPCO OFFSHORE OF TEXAS, INC. f/k/a AMCO OFFSHORE, INC. | § § § | CASE NO. 08-_____ |
| TAX ID. NO. 20-5376533 | § § | |
| PACKARD GAS COMPANY f/k/a AMCO OIL COMPANY | § § § | CASE NO. 08-_____ |
| TAX ID. NO. 75-2436530 | § § | |
| SOLANO WELL SERVICES, LLC | § § | CASE NO. 08-_____ |
| TAX ID. NO. 06-1742286 | § § | |
| Debtors | § § | (JOINT ADMINISTRATION REQUESTED) |

**INITIAL ORDER GRANTING COMPLEX**
**CHAPTER 11 BANKRUPTCY CASE TREATMENT**

This bankruptcy case was filed on April 7 2008.  A *Notice of Designation as Complex Chapter 11 Case* (see General Order 2000-2) was filed.  After review of the initial pleadings

filed in this case, the Court concludes that this appears to be a Complex Chapter 11 Case. Accordingly, unless the Court orders otherwise,

**IT IS ORDERED:**

1. The Debtors shall maintain a service list ("Service List"), identifying the parties that must be served whenever a motion or other pleading requires notice. Unless otherwise ordered by the Bankruptcy Code or the Bankruptcy Rules, notices of motions and other matters will be limited to the parties on the Service List.

> a. The Service List shall initially include the Debtors, Debtors' counsel, counsel for the Unsecured Creditors' Committee, U.S. Trustee, all secured creditors, the 20 largest unsecured creditors of each Debtor, any indenture trustee, and any party that requests notice;
>
> b. Any party in interest that wishes to receive notice, other than as listed on the Service List, shall be added to the Service List by filing and serving the Debtors and Debtors' counsel with a notice of appearance and request for service;
>
> c. Parties on the Service List, who have not otherwise consented to service by e-mail, through the act of becoming a registered e-filer in this district, are encouraged to provide an e-mail address for service of process and to authorize service by e-mail; consent to e-mail service may be included in the party's notice of appearance and request for service; in the event a party has not consented to e-mail service, a "hard copy" shall be served by fax or by regular mail;
>
> d. The initial Service List shall be filed within **3** days after entry of this order. A revised list shall be filed **7** days after the Initial Service List is filed. The Debtors shall update the Service List, and shall file a copy of the updated Service List, (i) at least every 7 days during the first 30 days of the case; (ii) at least every 15 days during the next 60 days of the case; and (iii) at least every 30 days thereafter throughout the case.

2. The Court hereby establishes _____ of each week/every other week at _____ a.m./p.m. as the pre-scheduled hearing day ("Hearing Day") and time for hearing all motions and other matters in these cases. The Court sets the following dates and times for the next two months as the pre-set hearing date and time for hearing all motions and other matters in these cases: _____. Setting for the following months will

be published by the Court no later than 30 days prior to the first hearing date in the said following months. (There may be exceptions; those exceptions will be noted on the Court's internet schedule, available at: **http://www.txs.uscourts.gov/judges/judge_____.htm**)

>   a. All motions and other matters requiring hearing, but not requiring expedited or emergency hearing, shall be noticed for hearing on the next Hearing Day that is at least 23 days after the notice is mailed. As a preface to each pleading, just below the case caption, [in lieu of the language required by Bankruptcy Local Rule 9013(b)], the pleading shall state:
>
>> A HEARING WILL BE CONDUCTED ON THIS MATTER ON _____AT _____ AM/PM. IN COURTROOM _____, UNITED STATES COURTHOUSE, 515 RUSK STREET, HOUSTON, TEXAS 77002.
>>
>> IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-THREE (23) DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING.  YOU MUST GIVE A COPY OF YOUR RESPONSE TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.
>
>   b. All motions and other matters requiring expedited or emergency hearing shall comply with the usual court requirements for explanation and verification of the need for emergency or expedited hearing.  Specifically, if a party in interest has a situation that it believes requires consideration on less than 23 days' notice, or an emergency that it believes requires consideration on less than 5 business days' notice, then the party should file and serve a separate, written motion for expedited hearing, with respect to the underlying motion.  The Court will make its best effort to rule on the motion for expedited or emergency hearing within 24 hours of the time it is presented.  If the Court grants the motion for expedited or emergency hearing, the underlying motion will be set by the courtroom deputy at the next available pre-set hearing day or at some other appropriate shortened date approved by the Court.  The party requesting the hearing shall be responsible for providing proper notice in accordance with this order and the Bankruptcy Code and Rules.
>
>   3. Emergency and expedited hearings (and other hearings in limited circumstances) in

this case may be conducted by telephone or, where available, video.  Parties must request

permission to participate by telephone by calling the courtroom deputy, _____, at _____.

      4. If a matter is properly noticed for hearing and the parties reach agreement on a settlement of the dispute prior to the final hearing, the parties may announce the settlement at the scheduled hearing.  If the Court determines that the notice of the dispute and the hearing is adequate notice of the effects of the settlement, (i.e., that the terms of the settlement are not materially different from what parties in interest could have expected if the dispute were fully litigated) the Court may approve the settlement at the hearing without further notice of the terms of the settlement.

      5. The Debtors shall give notice of this order to all parties in interest within 7 days.  If any party in interest, at any time, objects to the provisions of this order, that party shall file a motion articulating the objection and the relief requested.  After hearing the objection and any responses, the Court shall reconsider any part of this Order and may grant relief, if appropriate.

      SIGNED THIS _____ day of _____, 2008.

                                                *United States Bankruptcy Judge*

The Clerk shall notice:
Debtor
Debtor's Counsel
U.S. Trustee

**SUBMITTED & PREPARED BY:**

**CRAIG H. CAVALIER, ATTORNEY AT LAW**

By: /s/ Craig H. Cavalier
Craig H. Cavalier
Federal I.D. No. 2958
State Bar No. 04022075
3355 West Alabama, Suite 1160
Houston, Texas  77098
(713) 621-4720 - Telephone
(713) 621-4779 – Telefax
*Proposed Attorney for Debtors-In-Possession*