IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| CAPCO ENERGY, INC., f/k/a AMCO PETROLEUM, INC. | § § § | CASE NO. 08-_____ |
| TAX ID. NO. 84-0846529 | § § | |
| CAPCO ASSET MANAGEMENT, INC. | § § | CASE NO. 08-_____ |
| TAX ID. NO. 33-0874100 | § § | |
| CAPCO OPERATING CORPORATION | § § | CASE NO. 08-_____ |
| TAX ID. NO. 20-0120017 | § § | |
| AMCO ENERGY, INC., f/k/a CAPCO OFFSHORE, INC. | § § § | CASE NO. 08-_____ |
| TAX ID. NO. 43-1967164 | § § | |
| CAPCO OFFSHORE OF TEXAS, INC. f/k/a AMCO OFFSHORE, INC. | § § § | CASE NO. 08-_____ |
| TAX ID. NO. 20-5376533 | § § | |
| PACKARD GAS COMPANY f/k/a AMCO OIL COMPANY | § § § | CASE NO. 08-_____ |
| TAX ID. NO. 75-2436530 | § § | |
| SOLANO WELL SERVICES, LLC | § § | CASE NO. 08-_____ |
| TAX ID. NO. 06-1742286 | § § | |
| Debtors | § § | (JOINT ADMINISTRATION REQUESTED) |

**ORDER DENYING COMPLEX
<u>CHAPTER 11 BANKRUPTCY CASE TREATMENT</u>**

This bankruptcy case was filed on April 7 2008.  A *Notice of Designation as Complex Chapter 11 Case* (see General Order 2000-2) was filed.  After review of the initial pleadings

filed in this case, the Court concludes that the case does not appear to qualify as a Complex Chapter 11 Case. Therefore, the case will proceed under the local bankruptcy rules and procedures generally applicable to bankruptcy cases without special scheduling orders. The Court may reconsider this determination on motion, after hearing.

       SIGNED THIS _____ day of _____, 2008.

                                      *United States Bankruptcy Judge*

The Clerk shall notice:
Debtor
Debtor's Counsel
U.S. Trustee

**SUBMITTED & PREPARED BY:**

**CRAIG H. CAVALIER, ATTORNEY AT LAW**

By:    /s/ Craig H. Cavalier
       Craig H. Cavalier
       Federal I.D. No. 2958
       State Bar No. 04022075
       3355 West Alabama, Suite 1160
       Houston, Texas  77098
       (713) 621-4720 - Telephone
       (713) 621-4779 – Telefax
       *Proposed Attorney for Debtors-In-Possession*