IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CAPCO ENERGY, INC., f/k/a<br>AMCO PETROLEUM, INC. | § § § | CASE NO. 08-32282 |
| TAX ID. NO. 84-0846529 | § § § | |
| CAPCO ASSET MANAGEMENT, INC. | § § | CASE NO. 08-32283 |
| TAX ID. NO. 33-0874100 | § § | |
| CAPCO OPERATING CORPORATION | § § § | CASE NO. 08-32284 |
| TAX ID. NO. 20-0120017 | § § | |
| AMCO ENERGY, INC., f/k/a<br>CAPCO OFFSHORE, INC. | § § § | CASE NO. 08-32285 |
| TAX ID. NO. 43-1967164 | § § | |
| CAPCO OFFSHORE OF TEXAS, INC.<br>f/k/a AMCO OFFSHORE, INC. | § § § | CASE NO. 08-32286 |
| TAX ID. NO. 20-5376533 | § § § | |
| PACKARD GAS COMPANY f/k/a<br>AMCO OIL COMPANY | § § § | CASE NO. 08-32288 |
| TAX ID. NO. 75-2436530 | § § | |
| SOLANO WELL SERVICES, LLC | § § | CASE NO. 08-32289 |
| TAX ID. NO. 06-1742286 | § § § | (JOINT ADMINISTRATION |
| Debtors | § | REQUESTED) |

REQUEST FOR EMERGENCY CONSIDERATION OF
<u>CERTAIN "FIRST DAY" MATTERS</u>

On April 7 2008, **Capco Energy, Inc. f/k/a Amco Petroleum, Inc., Capco Asset Management, Inc., Capco Operating Corporation, Amco Energy, Inc. f/k/a Capco Offshore, Inc., Capco Offshore of Texas, Inc. f/k/a Amco Offshore, Inc., Packard Gas**

**Company f/k/a Amco Oil Company, and Solano Well Services, LLC**, (the "Debtors") filed Voluntary Petitions for relief under Chapter 11 of the Bankruptcy Code. Counsel for the Debtors believes that the cases qualify as a "Complex Chapter 11 Case." The Debtors need emergency consideration of the following initial case matters (check those that apply):

   X   JOINT MOTION FOR JOINT ADMINISTRATION

   X   MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

_____MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT, ATTACHING NOTICE OF CONFERENCE WITH U.S. TRUSTEE

_____MOTION TO PAY PRE-PETITION WAGES, SALARIES, *ET AL.*, ATTACHING NOTICE OF CONFERENCE WITH U.S. TRUSTEE AND DETAILED EXHIBIT SHOWING WHO DEBTOR PROPOSES TO PAY AND AMOUNTS

   X   MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

_____MOTION FOR INTERIM APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE.

_____MOTION PURSUANT TO 11 U.S.C. §366, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE.

   X   MOTION TO ESTABLISH INTERIM NOTICE PROCEDURES

   X   MOTION FOR ORDER APPROVING INTERIM RETENTION OF PROFESSIONALS

_____MOTION FOR ORDER APPROVING PAYMENT OF PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS

_____OTHERS (LIST):

      Respectfully submitted,

          **CRAIG H. CAVALIER**
          3355 West Alabama, Suite 1160
          Houston, Texas  77098
          (713) 621-4720 - Telephone
          (713) 621-4779 – Telefax


      By:    /c/ Craig H. Cavalier
              Craig H. Cavalier
              Federal I.D. No. 2958
              State Bar No. 04022075
              *Proposed Attorney for Debtors-In-Possession*