IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CAPCO ENERGY, INC., f/k/a AMCO PETROLEUM, INC. | § § § | CASE NO. 08-32282 |
| TAX ID. NO. 84-0846529 | § § § | |
| CAPCO ASSET MANAGEMENT, INC. | § § | CASE NO. 08-32283 |
| TAX ID. NO. 33-0874100 | § § | |
| CAPCO OPERATING CORPORATION | § § | CASE NO. 08-32284 |
| TAX ID. NO. 20-0120017 | § § | |
| AMCO ENERGY, INC., f/k/a CAPCO OFFSHORE, INC. | § § § | CASE NO. 08-32285 |
| TAX ID. NO. 43-1967164 | § § | |
| CAPCO OFFSHORE OF TEXAS, INC. f/k/a AMCO OFFSHORE, INC. | § § § | CASE NO. 08-32286 |
| TAX ID. NO. 20-5376533 | § § | |
| PACKARD GAS COMPANY f/k/a AMCO OIL COMPANY | § § § | CASE NO. 08-32288 |
| TAX ID. NO. 75-2436530 | § § | |
| SOLANO WELL SERVICES, LLC | § § | CASE NO. 08-32289 |
| TAX ID. NO. 06-1742286 | § § | |
| Debtors | § § | (JOINT ADMINISTRATION REQUESTED) |

**ORDER APPROVING EMPLOYMENT OF CRAIG CAVALIER AS
ATTORNEY FOR THE DEBTORS**

On this day, came on for consideration, the *Application for Interim and Final Approval of Employment of Craig Cavalier as Attorney for the Debtors* (the

"Application"), filed by **Capco Energy, Inc. f/k/a Amco Petroleum, Inc., Capco Asset Management, Inc., Capco Operating Corporation, Amco Energy, Inc. f/k/a Capco Offshore, Inc., Capco Offshore of Texas, Inc. f/k/a Amco Offshore, Inc., Packard Gas Company f/k/a Amco Oil Company, and Solano Well Services, LLC**, (collectively, "Capco et al" or, the "Debtors").  After reviewing the Affidavit of Craig Cavalier, and it appearing that Craig Cavalier who will be engaged in this case has been duly admitted to practice before this Court; and the Court being satisfied based on the representations made in the Application and the Cavalier Affidavit with respect to the matters upon which he is to be engaged, that he is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code, and that his employment is necessary and would be in the best interest of the Debtors' estate; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Application is granted on an interim basis; and it is further,

**ORDERED** that, within three (3) days of the entry of this Interim Order, the Debtors shall serve the Interim Order upon all parties entitled to receive notice of the Application; and it is further,

**ORDERED** that, in accordance with Section 327(a) of the Bankruptcy Code, the Debtors are authorized to retain and employ Craig Cavalier as their bankruptcy attorney under a general retainer on the terms and conditions set forth in the Application and the Cavalier Affidavit, effective as of the commencement of this case; and it is further,

**ORDERED** that Craig Cavalier shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and such

Bankruptcy Rules as may then be applicable, from time to time, and such other procedures as may be fixed by order of this Court; and it is further,

**ORDERED** that this Interim Order shall become a Final Order on _____ without further notice or hearing unless an objection to the Interim Order is timely filed with the Court and served on counsel for the Debtors on or before _____; and it is further,

**ORDERED** that, objections, if any, to the Interim Order shall be heard before this Court on _____.

SIGNED this \_\_\_\_ day of _____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AND ENTRY REQUESTED:**

**CRAIG H. CAVALIER**
3355 West Alabama, Suite 1160
Houston, Texas 77098
(713) 621-4720 – Telephone
(713) 621-4779 – Telefax


By:  /s/ Craig H. Cavalier
**Craig H. Cavalier**
*Proposed Attorney for Debtors-In -Possession*