| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
| **RECUSAL ORDER** | CASE NUMBER: 08-32282-H5-11 |
| STYLE:   CAPCO ENERGY, INC. | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated.<br>Counsel must notify the new case manager of pending motions by letter within 10 days of receipt of this order. |
| | Signed: *(signature)*<br>**KAREN K. BROWN**<br>United States Bankruptcy Judge<br>Dated: April 10, 2008 |
| **REASSIGNMENT** | This case is reassigned to:<br>WESLEY W. STEEN |
| | Michael N. Milby, Clerk<br>By *(signature)*<br>Deputy Clerk |