IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CAPCO ENERGY, INC., f/k/a AMCO PETROLEUM, INC. | § § § | CASE NO. 08-32282 |
| TAX ID. NO. 84-0846529 | § § § | |
| CAPCO ASSET MANAGEMENT, INC. | § § § | CASE NO. 08-32283 |
| TAX ID. NO. 33-0874100 | § § § | |
| CAPCO OPERATING CORPORATION | § § § | CASE NO. 08-32284 |
| TAX ID. NO. 20-0120017 | § § § | |
| AMCO ENERGY, INC., f/k/a CAPCO OFFSHORE, INC. | § § § | CASE NO. 08-32285 |
| TAX ID. NO. 43-1967164 | § § § | |
| CAPCO OFFSHORE OF TEXAS, INC. f/k/a AMCO OFFSHORE, INC. | § § § | CASE NO. 08-32286 |
| TAX ID. NO. 20-5376533 | § § § | |
| PACKARD GAS COMPANY f/k/a AMCO OIL COMPANY | § § § | CASE NO. 08-32288 |
| TAX ID. NO. 75-2436530 | § § § | |
| SOLANO WELL SERVICES, LLC | § § § | CASE NO. 08-32289 |
| TAX ID. NO. 06-1742286 | § § § | |
| Debtors | § § § | (JOINTLY ADMINISTERED UNDER CASE NO. 08-32282-H2-11) |

**SECOND SUPPLEMENTAL AFFIDAVIT OF CRAIG CAVALIER IN SUPPORT OF
THE APPLICATION FOR INTERIM AND FINAL APPROVAL OF THE
<u>EMPLOYMENT OF CRAIG CAVALIER AS ATTORNEY FOR THE DEBTORS</u>**

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Craig Cavalier, a person known to me who, after being duly sworn, upon his oath deposed and stated as follow:

    I Craig Cavalier have no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct."

Further Affiant Sayeth Naught.

Signed this 20th day of April, 2008.

                                              /S/ Craig Cavalier
                                            Craig Cavalier

**Subscribed and sworn to before me this 20th day of April, 2008.**

**/s/ Kristilyn Joy Simon**
      **(Notary Public Signature)**

                                                                                **(Notary Seal)**

**/s/ Kristilyn Joy Simon**
**(Notary Public Printed or Typed Name)**
**My commission expires: June 17, 2011**