UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| **CAPCO ENERGY, INC. f/k/a** | § | 08-32282-H2-11 |
| **AMCO PETROLEUM, INC.** | § | |
| | § | |
| **CAPCO ASSET MANAGEMENT, INC.** | § | 08-32283-H2-11 |
| | § | |
| **CAPCO OPERATING CORPORATION** | § | 08-32284-H2-11 |
| | § | |
| **AMCO ENERGY, INC. f/k/a** | § | 08-32285-H2-11 |
| **CAPCO OFFSHORE, INC.** | § | |
| | § | |
| **CAPCO OFFSHORE OF TEXAS, INC.** | § | 08-32286-H2-11 |
| **f/k/a AMCO OFFSHORE, INC.** | § | |
| | § | |
| **PACKARD GAS COMPANY f/k/a** | § | 08-32288-H2-11 |
| **AMCO OIL COMPANY** | § | |
| | § | |
| **SOLANO WELL SERVICES, L.L.C.** | § | 08-32289-H2-11 |
| | § | **(Chapter 11)** |
| | § | |
| | § | **Jointly Administered Under** |
| **DEBTORS** | § | **Case No. 08-32282-H2-11** |

## NOTICE OF ORGANIZATIONAL MEETING OF THE
## OFFICIAL UNSECURED CREDITORS' COMMITTEE

An organizational meeting of the Official Unsecured Creditors' Committee in the above-referenced cases has been scheduled on Wednesday, April 23, 2008, at 3:00 p.m. (Central Time) in the Office of the United States Trustee, 515 Rusk, Suite 3401, Houston, Texas.  You must attend this meeting in person, rather than through a representative or attorney.  However, you may attend by telephone conference call.  If you will be unavailable for this meeting, please notify Hector Duran, Trial Attorney, Office of the United States Trustee, by 10:00 a.m. (Central Time) on April 23, 2008.

Dated: April 22, 2008  CHARLES F. McVAY
UNITED STATES TRUSTEE

By: /s/ Hector Duran
Hector Duran
Texas Bar No. 00783996
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650 ext. 241
Fax: (713) 718-4670
hector.duran.jr@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon each member of the Committee of Unsecured Creditors and their counsel, and to the parties below by United States Mail, first class, postage prepaid, or by ECF transmission or BNC noticing, on the 22nd day of April, 2008.

/s/ Hector Duran
Hector Duran

DEBTORS:

Capco Energy, Inc.
Capco Asset Management, Inc.
Capco Operating Corporation
Amco Energy, Inc.
Capco Offshore of Texas, Inc.
Packard Gas Company
Solano Well Services, L.L.C.
1800 West Loop South, # 1925
Houston, TX 77027

DEBTORS' COUNSEL:

Craig Harwyn Cavalier, Esq.
3355 West Alabama, Suite 1160
Houston, TX 77098

PARTIES REQUESTING NOTICE:

Union Bank of California, N.A.
c/o William A. (Trey) Wood, III, Esq.
Jason G. Cohen, Esq.
711 Louisiana St., Suite 2300
Houston, TX 77002

Apache Corporation of Delaware, Inc.
c/o Robin B. Cheatham, Esq.
4500 One Shell Square
701 Poydras St., Suite 4500
New Orleans, LA 70139

Apache Corporation of Delaware, Inc.
c/o Susan C. Mathews, Esq.
One Houston Center
1221 McKinney, Suite 4400
Houston, TX 77010

Hoactzin Partners, L.P.
c/o Christopher J. Moser, Esq.
Martin P. Averill, Esq.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Matagorda I.S.D.
c/o Michael J. Darlow, Esq.
1235 North Loop West, Suite 600
Houston, TX 77008

U. S. Securities and Exchange Commission
c/o Sonia U. Chae, Esq.
175 West Jackson Blvd., Suite 900
Chicago, IL 60604

Exterran Energy Solutions, L.P.
c/o Kevin M. Maraist, Esq.
Gaslight Square
1001 Third Street, Suite 1
Corpus Christi, TX 78404

Tana Exploration Company L.L.C. Overriding Royalty Interest Employee Incentive Plan
Kevin D. Talley
Madison T. Woodward III
Dan G. Markey
Carl E. Comstock
Randy E. Judd
Walter Oil & Gas Corp.
Helis Oil & Gas Company, L.L.C.
Energy Partners, Ltd.
c/o Michael D. Rubenstein, Esq.
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002

Railroad Commission of Texas
c/o Hal F. Morris
Ashley F. Bartram
Assistant Attorneys General
Office of the Attorney General
Bankruptcy & Collections Division, MC008
P.O. Box 12548
Austin, TX 78711-2548

TWENTY LARGEST UNSECURED CREDITORS:

Hoactzin Partners, L.P.
c/o Vince Murchinson, Esq.
2001 Ross Ave., Suite 3000
Dallas, TX 75201

Nabors Offshore Corp.
515 West Greens Rd., Suite 500
Houston, TX 77067

Texas General Land Office
1700 North Congress Ave.
Austin, TX 78701

Omimex
2001 Beach St., Suite 810
Ft. Worth, TX 76103

Hunt Chieftain Development, L.P.
P.O. Box 848018
Dallas, TX 75284-8018

Wood Group Production Services, Inc.
Coastal Production Services
P.O. Box 203372
Houston, TX 77216-3372

Merit Energy
13727 Noel Rd., Suite 500
Dallas, TX 75240

REC Marine Logistics
P.O. Box 774
Galliano, LA 70354

Energy Resource Tech
P.O. Box 4346, Dept. 354
Houston, TX 77210-4346

Production Wireline & Cased Hole Svcs Group, L.L.C.
110 Thruway Park Rd.
Broussard, LA 70518

Walter Oil & Gas Corp.
P.O. Box 200036
Houston, TX 77216-0036

Production Service Network
P.O. Box 840162
Dallas, TX 75284-0162

Harvest Oil & Gas, L.L.C.
67201 Industry Lane
Covington, LA 70433

Helis Oil & Gas Co., L.L.C.
228 St. Charles Ave., Suite 912
New Orleans, LA 70130

Energy Partners, Ltd.
P.O. Box 973689
Dallas, TX 75397-3689

Gerard Nichols
P.O. Box 268
Winchester, CA 92596

Hercules Liftboat Co., L.L.C.
Dept. 819, P.O. Box 4346
Houston, TX 77210-4346

Wise Well Intervention Services, Inc.
P.O. Box 840586
Dallas, TX 75284-0586

Moncia Well Services, Inc.
P.O. Box 62600, Dept. 1084
New Orleans, LA 70162-2600

Exxon Mobil
4550 Dacoma
Houston, TX 77092