**August Tana Revenues**

|  | **Effective Date: August 11, 2008** |
|---|---|
| Tana properties - revenue | $    229,892.40 |
| Reimbursement of expenses | $      56,073.52 |
| Bonds premium | $     (61,722.52) |
| Total due to Hoactzin | **$  224,243.40** |

