

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/14/2010

| IN RE: | § | |
|---|---|---|
| Capco Energy, Inc | § | Case No. 08-32282 |
| Capco Asset Management, Inc. | § | Case No. 08-32283 |
| Capco Operating Corporation | § | Case No. 08-32284 |
| Amco Energy, Inc. | § | Case No. 08-32285 |
| Amco Offshore, Inc. | § | Case No. 08-32286 |
| Amco Oil Company | § | Case No. 08-32288 |
| Solano Well Service, LLC | § | Case No. 08-32289 |
| Debtors | § | (CHAPTER 11) |
|  | § | |
|  | § | Jointly Administered under |
|  | § | Case No. 08-32282 |

**STIPULATION REGARDING PROOFS OF CLAIM FILED BY PYRAMID GOM, INC.**
<u>**[Claim Nos. 68 & 74 in Case No. 08-32282]**</u>
**[Doc. No.: 652]**

NOW INTO COURT, through the undersigned counsel, come **Capco Energy, Inc.** f/k/a Amco Petroleum, Inc., Capco Asset Management, Inc., Capco Operating Corporation, Amco Energy, Inc. f/k/a Capco Offshore, Inc., Capco Offshore of Texas, Inc. f/k/a Amco Offshore, Inc., Packard Gas Company f/k/a Amco Oil Company, and Solano Well Services, LLC (collectively, "Capco" or, the "Debtors") and **Pyramid GOM, Inc.** ("Pyramid") in connection with the proofs of claim [Claim Nos. 68 & 74 in Case No. 08-32282], filed on or about August 18 and September 8, 2008, respectively, by Pyramid, and hereby stipulate and agree as follows:

1. Pyramid waives any claims against the Debtors. Accordingly, the proofs of claim filed by Pyramid [Claim Nos. 68 & 74 in Case No. 08-32282] are hereby disallowed in their entirety.

2. This stipulation resolves the Debtors' *Objection to Proofs of Claim Filed by Pyramid GOM, Inc. Pursuant to Bankruptcy Code Section 502 and Federal Rule of Bankruptcy*

*Procedure 3007* [Doc. No. 652].

DATE: January 14, 2010

SO ORDERED,

*Wesley W. Steen*

The Honorable Wesley W. Steen
United States Bankruptcy Judge

**STIPULATED AND AGREED:**

**CRAIG H. CAVALIER, ATTORNEY AT LAW**

By: /s/Craig H. Cavalier

CRAIG H. CAVALIER
Federal I.D. No. 2958
State Bar No. 04022075
3355 West Alabama, Suite 1160
Houston, Texas 77098
(713) 621-4720 - Telephone
(713) 621-4779 – Facsimile
*Attorney for Debtors*

**PYRAMID GOM, INC.**

By: [signature]

JOHN GREEN
Tx. Bar No. 24002178
1800 West Loop South, Ste. 1950
Houston, TX 77027
(281) 822-0801 - Telephone
(281) 822-0802 - Facsimile
*In-House Counsel for Pyramid GOM, Inc.*

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing instrument has been forwarded to all parties requesting electronic notification via the ECF notice system this 13th day of January, 2010.

/s/ Craig H. Cavalier
CRAIG H. CAVALIER