

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**01/21/2010**

| | | |
|---|---|---|
| IN RE: | § | |
| CAPCO ENERGY, INC.; fka AMCO PETROLEUM, INC. | § § § | CASE NO: 08-32282 |
| CAPCO ASSET MANAGEMENT, INC. | § § | CASE NO: 08-32283 |
| CAPCO OPERATING CORPORATION | § § | CASE NO: 08-32284 |
| AMCO ENERGY, INC.; fka CAPCO OFFSHORE, INC. | § § § | CASE NO: 08-32285 |
| SOLANO WELL SERVICES, LLC | § § | CASE NO: 08-32289 |
| PACKARD GAS COMPANY; fka AMCO OIL COMPANY | § § § | CASE NO: 08-32288 |
| CAPCO OFFSHORE OF TEXAS, INC.; fka AMCO OFFSHORE, INC. | § § § | CASE NO: 08-32286 |
| Debtor(s) | § § § | Jointly Administered Order CHAPTER 11 |

## AMENDED SCHEDULING, PRE-TRIAL AND TRIAL ORDER
## (DOC ## 693, 916)

  To allow more time for the hearing, and after consultation with counsel for Plaintiff and counsel for Defendant, trial of Hoactzin Partners, L.P.'s Motion to Enforce Sale Order or, Alternatively for Allowance and Payments of Administrative Expense (docket # 693) is rescheduled from its former time (11:00 AM) to 9:30 AM on the same day, February 26, 2010.

  All other provisions of the previous scheduling order (docket #916) remain in effect.

SIGNED 01/21/2010.

_____
Wesley W. Steen
United States Bankruptcy Judge