IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**02/12/2010**

| | | |
|---|---|---|
| IN RE: | § | |
| CAPCO ENERGY, INC.; fka AMCO PETROLEUM, INC. | § | CASE NO: 08-32282 |
| CAPCO ASSET MANAGEMENT, INC. | § | CASE NO: 08-32283 |
| CAPCO OPERATING CORPORATION | § | CASE NO: 08-32284 |
| AMCO ENERGY, INC.; fka CAPCO OFFSHORE, INC. | § | CASE NO: 08-32285 |
| SOLANO WELL SERVICES, LLC | § | CASE NO: 08-32289 |
| PACKARD GAS COMPANY; fka AMCO OIL COMPANY | § | CASE NO: 08-32288 |
| CAPCO OFFSHORE OF TEXAS, INC.; fka AMCO OFFSHORE, INC. | § | CASE NO: 08-32286 |
| | § | Jointly Administered Order |
| Debtor(s) | § | CHAPTER 11 |

## COMPREHENSIVE SCHEDULING, PRE-TRIAL AND TRIAL ORDER
## (DOC # 954)

A pre-trial conference was conducted on February 12, 2010 regarding Chester C. Modesitt's Application for Administrative Expenses (docket # 954). The parties submitted a Rule 26 Report (docket # 994) which is accepted by the Court except as modified by this order. Under authority of FED. R. BANKR. P. 7016 and Fed. R. Civ. P. 16, it is hereby

**ORDERED** that the following deadlines and settings shall apply in the above referenced matter:

1. Part VII of FRBP applies to this contested matter.

2. All discovery in this contested matter shall be completed on or before May 15, 2010.

3. The parties do not anticipate filing dispositive motions.

4. Witness and Exhibit Lists shall be exchanged at least 2 working days prior to the face to face meeting required in the following paragraph. Copies of the exhibits shall be attached to the Exhibit List.

5. Counsel are ordered to meet face to face to attempt to resolve these issues amicably, to attempt to stipulate to as many facts and issues as possible, and to prepare the pretrial order. This face to face meeting shall occur <u>prior</u> <u>to</u> June 7, 2010. The court intends that this will be a substantive, good faith effort to resolve issues. Therefore trial counsel (lead counsel) are required to attend this meeting in person. Counsel who are not present at this meeting may not be permitted to participate in the trial.

6. The parties shall jointly prepare and file a pretrial order not later than June 9, 2010. The pretrial order shall be signed by counsel for both parties and shall specify:
    a. Stipulated facts;
    b. Stipulated exhibits;
    c. Conclusions of law that are not disputed;
    d. Separately for each party:
        i. A succinct statement of that party's contentions;
        ii. A witness list (with estimate of time required for direct examination);
        iii. List of exhibits that will be offered but that cannot be introduced by stipulation;
        iv. A succinct statement of the objection to any exhibit proposed by an opposing party;
        v. An estimate of time required for cross-examination of opposing witnesses;
        vi. Proposed findings of facts that are not stipulated;
        vii. Proposed conclusions of disputed issues of law.

7. The Copies of exhibits shall be attached to the pretrial order. Relevant portions of lengthy exhibits shall be highlighted. Counsel shall also attach succinct memoranda on disputed issues of law. A courtesy copy of the pretrial order shall be delivered to chambers when the pretrial order is filed with the clerk.

8. A trial of this contested matter will be held on June 16, 2010 at 9:30 a.m. The Parties anticipate that trial can be completed in four (4) hours. The Court will reserve one (1) day for the trial.

**IT IS FURTHER**:

    **ORDERED** that changes to this Scheduling Order may only be made by further order of this Court. A motion to extend any deadline and/or alter any hearing date will only be granted for good cause shown beyond the control of the lawyers and/or parties and only in very limited circumstances.

SIGNED 02/12/2010.

*Wesley W. Steen*
Wesley W. Steen
United States Bankruptcy Judge